

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00548-CV

| | | |
|---|---|---|
| IN RE A.G., Relator | § | Original Proceeding |
| | § | 231st District Court of Tarrant County, Texas |
| | § | Trial Court No. 231-594719-16 |
| | § | January 24, 2025 |
| | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the petition for writ of mandamus filed by relator A.G. (Mother), the response filed by real part in interest Y.P. (Grandmother), Mother's reply, and the mandamus record and finds that the petition should be conditionally granted. We hold that the trial court clearly abused its discretion in denying "Mother's Second Plea to the Jurisdiction and Motion to Dismiss Y.P. for Lack of Standing." We conditionally grant Mother's requested mandamus relief and

direct the trial court to vacate its order and to enter an order dismissing Grandmother for lack of standing.  Our writ will issue only if the trial court fails to comply.

We deny Mother's motion for emergency relief as moot.

It is further ordered that Grandmother shall pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack